**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 15-29676 |
| | § | |
| PAMELA D. NEMO | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $9,600.00 | Assets Exempt: | $7,096.08 |
| Total Distributions to Claimants: | $1,854.90 | Claims Discharged Without Payment: | $84,459.72 |
| Total Expenses of Administration: | $675.02 | | |

3) Total gross receipts of $3,776.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $1,246.08 (see **Exhibit 2**), yielded net receipts of $2,529.92 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $18,145.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $675.02 | $675.02 | $675.02 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $90,353.57 | $54,509.05 | $54,509.05 | $1,854.90 |
| **Total Disbursements** | $108,498.57 | $55,184.07 | $55,184.07 | $2,529.92 |

4). This case was originally filed under chapter 7 on 08/31/2015. The case was pending for 20 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/12/2017     By:   /s/ David P. Leibowitz
                              Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO
FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Unscheduled 2015 Income tax refund | 1224-000 | $3,776.00 |
| **TOTAL GROSS RECEIPTS** | | $3,776.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| PAMELA NEMO | Funds to Third Parties | 8500-002 | $1,246.08 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $1,246.08 |

### EXHIBIT 3 – SECURED CLAIMS
NONE

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $632.48 | $632.48 | $632.48 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $21.44 | $21.44 | $21.44 |
| Green Bank | 2600-000 | NA | $21.10 | $21.10 | $21.10 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $675.02 | $675.02 | $675.02 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Goal Financial | 7100-000 | $38,568.00 | $40,062.59 | $40,062.59 | $1,363.30 |
| 2 | Midland Funding | 7100-000 | $1,835.00 | $1,834.86 | $1,834.86 | $62.44 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| | LLC | | | | | |
| 3-2 | Capital One Auto Finance | 7100-000 | $18,145.00 | $12,611.60 | $12,611.60 | $429.16 |
| | AAA Community Finance | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Acmc Physician Services | 7100-000 | $152.00 | $0.00 | $0.00 | $0.00 |
| | Acmc Physician Services | 7100-000 | $79.00 | $0.00 | $0.00 | $0.00 |
| | Acme Contl Credit Unio | 7100-000 | $1,492.00 | $0.00 | $0.00 | $0.00 |
| | Acme Contl Credit Unio | 7100-000 | $441.00 | $0.00 | $0.00 | $0.00 |
| | Acme Contl Credit Unio | 7100-000 | $231.00 | $0.00 | $0.00 | $0.00 |
| | Acme Contl Credit Unio | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | ACME Financial | 7100-000 | $3,032.00 | $0.00 | $0.00 | $0.00 |
| | Advocate Christ Medical Center | 7100-000 | $865.40 | $0.00 | $0.00 | $0.00 |
| | Advocate Christ Medical Center | 7100-000 | $1,885.00 | $0.00 | $0.00 | $0.00 |
| | Advocate Medical Group | 7100-000 | $21.37 | $0.00 | $0.00 | $0.00 |
| | Americash Loans | 7100-000 | $1,000.00 | $0.00 | $0.00 | $0.00 |
| | Chase Auto | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | CHASE BANK USA | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | City of Chicago | 7100-000 | $444.00 | $0.00 | $0.00 | $0.00 |
| | City of Markham | 7100-000 | $200.00 | $0.00 | $0.00 | $0.00 |
| | City of Markham | 7100-000 | $100.00 | $0.00 | $0.00 | $0.00 |
| | COMCAST | 7100-000 | $239.00 | $0.00 | $0.00 | $0.00 |
| | COMED | 7100-000 | $2,765.00 | $0.00 | $0.00 | $0.00 |
| | ComEd | 7100-000 | $1,151.45 | $0.00 | $0.00 | $0.00 |
| | COMED | 7100-000 | $2,022.00 | $0.00 | $0.00 | $0.00 |
| | Credit Box | 7100-000 | $1,000.00 | $0.00 | $0.00 | $0.00 |
| | Fifth Third Bank | 7100-000 | $647.00 | $0.00 | $0.00 | $0.00 |
| | FIRST MIDWEST BANK | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | General Dentistry | 7100-000 | $19.80 | $0.00 | $0.00 | $0.00 |
| | Glelsi/Goal Financial | 7100-000 | $1.00 | $0.00 | $0.00 | $0.00 |
| | Glover Law Office | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Gofin/glelsi | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Guaranty Bank | 7100-000 | $388.87 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Illinois Tollway Authority | 7100-000 | $2,574.00 | $0.00 | $0.00 | $0.00 |
| Illinois Tollway Authority | 7100-000 | $642.00 | $0.00 | $0.00 | $0.00 |
| Illinois Tollway Authority | 7100-000 | $214.00 | $0.00 | $0.00 | $0.00 |
| Liberty Mutual | 7100-000 | $364.30 | $0.00 | $0.00 | $0.00 |
| Mark S. Reiter MD SC | 7100-000 | $55.00 | $0.00 | $0.00 | $0.00 |
| MED1 02 Quest Diagnostics Incorporat | 7100-000 | $53.00 | $0.00 | $0.00 | $0.00 |
| MFJT | 7100-000 | $2,600.00 | $0.00 | $0.00 | $0.00 |
| Oak Lawn Immediate Care | 7100-000 | $12.27 | $0.00 | $0.00 | $0.00 |
| Opportunity Financial | 7100-000 | $1,900.00 | $0.00 | $0.00 | $0.00 |
| Plain Green LLC | 7100-000 | $916.36 | $0.00 | $0.00 | $0.00 |
| Quest Diagnostics | 7100-000 | $18.16 | $0.00 | $0.00 | $0.00 |
| Slm Financial Corp | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Somerset Park Apartments | 7100-000 | $2,587.05 | $0.00 | $0.00 | $0.00 |
| South Suburban Dental Center | 7100-000 | $309.54 | $0.00 | $0.00 | $0.00 |
| T. Sivarajan, M.D. | 7100-000 | $225.00 | $0.00 | $0.00 | $0.00 |
| US Dep Ed | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Village of Alsip | 7100-000 | $371.00 | $0.00 | $0.00 | $0.00 |
| Village of Alsip | 7100-000 | $337.00 | $0.00 | $0.00 | $0.00 |
| Village of Alsip | 7100-000 | $250.00 | $0.00 | $0.00 | $0.00 |
| Village of Calumet Park | 7100-000 | $200.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $90,353.57 | $54,509.05 | $54,509.05 | $1,854.90 |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1    Exhibit 8

| Case No.: | 15-29676 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | NEMO, PAMELA D. | Date Filed (f) or Converted (c): | 08/31/2015 (f) |
| For the Period Ending: | 4/12/2017 | §341(a) Meeting Date: | 10/19/2015 |
| | | Claims Bar Date: | 06/28/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | |
| 1  Bank of America | $350.00 | $0.00 | | $0.00 | FA |
| 2  security deposit | $800.00 | $0.00 | | $0.00 | FA |
| 3  furniture | $800.00 | $0.00 | | $0.00 | FA |
| 4  wearing apparel | $700.00 | $0.00 | | $0.00 | FA |
| 5  401(k) | $800.00 | $0.00 | | $0.00 | FA |
| 6  2010 Nissan Rogue | $12,000.00 | $0.00 | | $0.00 | FA |
| 7  Unscheduled 2015 Income tax refund           (u) | $0.00 | $2,529.92 | | $3,776.00 | FA |

**Asset Notes:**    Debtor's pro-rated portion of 2015 tax refund is $1,246.08.

**TOTALS (Excluding unknown value)**                                                                                                  **Gross Value of Remaining Assets**
$15,450.00         $2,529.92         $3,776.00         $0.00

**Major Activities affecting case closing:**

06/30/2016    2016 Reporting Period:

Asset Case - intercepted 2015 tax refund

Claims bar date: 6/28/16

The Trustee will object to claim 3 as the Trustee is not administering the asset, claim is secured by Debtor's vehicle.

Once claim objection addressed, case ready for TFR.

No need to object - creditor amended claim 3-2 to reflect deficiency after sale of collateral 9/9/2016

**Initial Projected Date Of Final Report (TFR):**    01/31/2017    **Current Projected Date Of Final Report (TFR):**    01/31/2017    /s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

Page No: 1    Exhibit 9

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-29676 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | NEMO, PAMELA D. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1711 | | Checking Acct #: | ******7601 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Nemo, Pamela |
| For Period Beginning: | 8/31/2015 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/12/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/24/2016 | | United States Treasury | Unscheduled 2015 Income Tax Refund | * | $3,776.00 | | $3,776.00 |
| | {7} | | Estate's share    $2,529.92 | 1224-000 | | | $3,776.00 |
| | {7} | | Debtor's Share    $1,246.08 | 1224-002 | | | $3,776.00 |
| 03/30/2016 | 3001 | PAMELA NEMO | Non Estate portion of Income Tax Refund | 8500-002 | | $1,246.08 | $2,529.92 |
| 03/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $0.78 | $2,529.14 |
| 04/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $4.34 | $2,524.80 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $3.94 | $2,520.86 |
| 06/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $3.93 | $2,516.93 |
| 07/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $4.06 | $2,512.87 |
| 08/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $4.05 | $2,508.82 |
| 03/01/2017 | 3002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $632.48 | $1,876.34 |
| 03/01/2017 | 3003 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $21.44 | $1,854.90 |
| 03/01/2017 | 3004 | Goal Financial | Claim #: 1; Amount Claimed: 40,062.59; Distribution Dividend: 3.40; | 7100-000 | | $1,363.30 | $491.60 |
| 03/01/2017 | 3005 | Midland Funding LLC | Claim #: 2; Amount Claimed: 1,834.86; Distribution Dividend: 3.40; | 7100-000 | | $62.44 | $429.16 |
| 03/01/2017 | 3006 | Capital One Auto Finance | Claim #: 3; Amount Claimed: 12,611.60; Distribution Dividend: 3.40; | 7100-000 | | $429.16 | $0.00 |

**SUBTOTALS**     $3,776.00     $3,776.00

FORM 2 — Page No: 2 — Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-29676 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | NEMO, PAMELA D. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1711 | Checking Acct #: | ******7601 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Nemo, Pamela |
| For Period Beginning: | 8/31/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/12/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | TOTALS: | | $3,776.00 | $3,776.00 | $0.00 |
|  |  | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
|  |  | Subtotal | | $3,776.00 | $3,776.00 | |
|  |  | Less: Payments to debtors | | $0.00 | $0.00 | |
|  |  | Net | | $3,776.00 | $3,776.00 | |

**For the period of 8/31/2015 to 4/12/2017**

| | |
|---|---|
| Total Compensable Receipts: | $2,529.92 |
| Total Non-Compensable Receipts: | $1,246.08 |
| Total Comp/Non Comp Receipts: | $3,776.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,529.92 |
| Total Non-Compensable Disbursements: | $1,246.08 |
| Total Comp/Non Comp Disbursements: | $3,776.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 03/24/2016 to 4/12/2017**

| | |
|---|---|
| Total Compensable Receipts: | $2,529.92 |
| Total Non-Compensable Receipts: | $1,246.08 |
| Total Comp/Non Comp Receipts: | $3,776.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,529.92 |
| Total Non-Compensable Disbursements: | $1,246.08 |
| Total Comp/Non Comp Disbursements: | $3,776.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

Page No: 3                Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 15-29676 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | NEMO, PAMELA D. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1711 | Checking Acct #: | ******7601 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Nemo, Pamela |
| For Period Beginning: | 8/31/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/12/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $3,776.00 | $3,776.00 | $0.00 |

**For the period of 8/31/2015 to 4/12/2017**

| | |
|---|---|
| Total Compensable Receipts: | $2,529.92 |
| Total Non-Compensable Receipts: | $1,246.08 |
| Total Comp/Non Comp Receipts: | $3,776.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,529.92 |
| Total Non-Compensable Disbursements: | $1,246.08 |
| Total Comp/Non Comp Disbursements: | $3,776.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 08/31/2015 to 4/12/2017**

| | |
|---|---|
| Total Compensable Receipts: | $2,529.92 |
| Total Non-Compensable Receipts: | $1,246.08 |
| Total Comp/Non Comp Receipts: | $3,776.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,529.92 |
| Total Non-Compensable Disbursements: | $1,246.08 |
| Total Comp/Non Comp Disbursements: | $3,776.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ